# Third District Court of Appeal

## State of Florida

Opinion filed January 25, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-343
Lower Tribunal No. 08-36794

_____

**Mississippi Real Estate Dispositions, LLC,**
Appellant,

vs.

**Alvaro Gorrin, Jr., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Jennifer D. Bailey, Judge.

Carlton Fields, P.A., and Jose A. Loredo and Rachel A. Oostendorp, for appellant.

Law Offices Mendez & Mendez, P.A., and Sergio L. Mendez and Daniel J. Mendez, for appellee Alvaro Gorrin Ramos; Mark E. Pollack Law P.A., and Mark E. Pollack (Boynton Beach), for appellee Sunstate Bank.

Before SCALES, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.